UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lakeisha Nicole Young**                    **Docket No. 5:24-CR-223-1FL**

**Petition for Action on Supervised Release**

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lakeisha Nicole Young, who, upon an earlier plea of guilty to Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1349, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 6, 2025, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lakeisha Nicole Young was released from custody on March 12, 2026, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being supervised in the Northern District of Ohio. While meeting with the supervision officer, the defendant revealed that she is currently prescribed Suboxone and would need to continue substance abuse and Medically Assisted Treatment (MAT) services. Due to the defendant's history of drug use this condition appears appropriate.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.


/s/ Melissa K. Lunsmann                        /s/ Danele N. Williams
Melissa K. Lunsmann                            Danele N. Williams
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               310 New Bern Avenue, Room 610
                                               Raleigh, NC 27601-1441
                                               Phone: 919-861-8807
                                               Executed On: April 15, 2026

**Lakeisha Nicole Young**
**Docket No. 5:24-CR-223-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____15th_____ day of _____April_____, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge